*United States Probation & Pretrial Services*

United States District Court
Central District of California



Kiry K. Gray
District Court Executive / Clerk of Court

Michelle A. Carey
Chief Probation & Pretrial Services Officer

PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
8/26/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___SE___ DEPUTY

UNITED STATES OF AMERICA

v.                                      Docket No.      2:11-CR-00520-ODW-1

Cory Edward Woods

On January 30, 2012, the above named was placed on supervised release for a period of 5 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

/S/ ROBERT CHAVEZ
U. S. Probation & Pretrial Services Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __26th__ Day of __August__, 20 __20__.

United States District Judge